JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BAGLEY,<br>B. BURZENSKI,<br>J. CHESSHIRE,<br>M. DONAGHY,<br>R. DUKES,<br>C. HENDERSON,<br>K. HOPSON,<br>M. LUTE,<br>T. PAPST,<br>D. RUSSELL,<br>S. WELLONS, and<br>M. ZENZEN,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAELS STORES, INC., a<br>  Delaware corporation,<br><br>    Defendant. | Case Number:<br><br>**CV 14-4326-GW(AGRx)**<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[*No hearing required*]<br><br>Judge:    HON. GEORGE H. WU |

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE – PAGE 1**

CAME ON to be considered the Stipulation for Dismissal of Entire Action, With Prejudice, entered by and among Plaintiffs, R. Bagley, B. Burzenski, J. Chesshire, M. Donaghy, R. Dukes, C. Henderson, K. Hopson, M. Lute, T. Papst, D. Russell, S. Wellons, and M. Zenzen **(hereinafter collectively "Plaintiffs"),** on the one hand, and Defendant, Michaels Stores, Inc. **(hereinafter "Michaels"),** on the other hand, and the Court has found that the relief requested therein should be GRANTED.

IT IS, THEREFORE, ORDERED, that all claims of all Plaintiffs in the above-captioned civil action shall be, and hereby are, DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED, that the above-captioned civil action is hereby DISMISSED WITH PREJUDICE and TERMINATED in the entirety;

IT IS FURTHER ORDERED, that, except as may otherwise be agreed among the parties, each party shall bear its own costs and fees.

Dated: December 20, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

[LA14CV04326GW-O JS-6.wpd]